NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PHILIP L. RICE,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2014-7113

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1083, Chief Judge Bruce E. Kasold.

_____

**ON MOTION**

_____

**O R D E R**

Philip L. Rice   moves for a 30-day extension of time, until September 24, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          RICE v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27